

**SAM J. POLVERINO** ATTORNEY AT LAW

75 E. SANTA CLARA ST., #295
SAN JOSE CALIFORNIA 95113
Ph. 408.295.3330
Fax 408.295.9830

email: spolverino@sjlawyer.net
State Bar No. 87563
**ATTORNEYS FOR**

Alex Chavez

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALEX CHAVEZ. | Case No.: CR 10-00824 DLJ<br><br>**STIPULATION FOR CONTINUANCE OF SENTENCING HEARING**<br><br>Hearing Date: September 19, 2013<br>Hearing Time: 9:00 a.m.<br>Courtroom Number: 7 |

**Relief Requested**

All of the parties to this action, by their signatures on this motion agree and stipulate that the sentencing hearing date in this matter which is currently set for September 19, 2013, at 9:00 a.m., may be continued to November 7, 2013, at 9:00 a.m.

**Compliance with Local Court Rules**

In compliance with the Rules of Court governing motions for continuance, specifically Crim.L.R. 32-2, the undersigned certifies to the court that the AUSA and the Probation Officer on this case have been contacted with the proposed date and they have agreed that they are available on that date. The undersigned attorney for defendant, ALEX CHAVEZ, has also

Stipulation for Continuance of Sentencing Hearing
CR 10-00824 DLJ

contacted the calendar clerk for the Honorable D. Lowell Jensen and cleared the proposed date of September 19, 2013.

### Grounds for Relief

Good cause exists for rescheduling of this sentencing hearing in that:

The defendant requests a continuance because of the following reasons and Assistant U.S. Attorney Thomas Colthurst does not oppose this request:

1) Defendant's counsel, Sam J. Polverino, will be out of the country on a family vacation from September 17th through September 30, 2013.

2) AUSA Thomas Colthurst anticipates commencing trial in another case on September 30, 2013.

This stipulation for continuing the sentencing hearing date is entered into by:

Dated: August 29, 2013

For Defendant, ALEX CHAVEZ

_____
Sam J. Polverino
LAW OFFICE OF SAM J. POLVERINO
75 East Santa Clara Street, Suite 295
San Jose, CA  95113
tel: 408.295.3330
fax: 408.295.9830
email: spolverino@sjlawyer.net
Attorney for Alex Chavez

Date: August 30, 2013

For Plaintiff, the United States of America

_____
Thomas Colthurst
ASSISTANT US ATTORNEY
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Tel: (408) 535-5065
Fax: (408) 535-5066

Stipulation for Continuance of Sentencing Hearing
CR 10-00824 DLJ

2



**SAM J. POLVERINO** ATTORNEY AT LAW

75 E. SANTA CLARA ST., #295
SAN JOSE CALIFORNIA 95113
Ph.  408.295.3330
Fax 408.295.9830

email: spolverino@sjlawyer.net
State Bar No. 87563

ATTORNEY FOR Alex Chavez

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

ALEX CHAVEZ.

Case No.: CR 10-00824 DLJ

**ORDER CONTINUING SENTENCING HEARING**

Hearing Date:
Hearing Time:
Courtroom Number:

The Court has considered the stipulation and the papers submitted in support of the request to continue the sentencing hearing. After full consideration of the matter:

**IT IS ORDERED:**

1. The motion to continue the sentencing hearing in this matter is GRANTED.

2. The currently set date for sentencing in this mater of September 19, 2013 at 9:00 a.m. is vacated.

3. The new sentencing hearing date is  Þ[ ç^{ à^¦Á̂GF̂ÊÃG̃FH

Dated:  J̵F̵F̵H

_____
HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

Stipulation for Continuance of Sentencing Hearing
CR 10-00824 DLJ