MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5065
   FAX: (408) 535-5066
   tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-CR-00824-DLJ |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [] ORDER CONTINUING HEARING DATE |
| ALEX CHAVEZ, ) | |
| Defendant. ) | |

The defendant ALEX CHAVEZ, represented by Sam J. Polverino, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for July 24, 2014, be continued to July 31, 2014.

No other defendants are affected by this request. This defendant pleaded guilty pursuant to a plea agreement containing a binding recommendation that he be sentenced to 120 months of imprisonment, five years of supervised release (with conditions to be fixed by the Court), and a $100 special assessment. [Plea Agreement ¶ 8.] On November 21, 2013, the Court granted the defense motion to continue the sentencing so that the defendant could complete the CalTrans apprenticeship

program. For the same reason, in February a second continuance was granted and the sentencing was continued to July. It was later reset to July 24 pursuant to a clerk's notice.

Counsel for the government will be out of the state on government travel on July 24. Counsel for the defendant has schedule conflicts with several other matters. Accordingly, the parties are requesting a one-week continuance.

SO STIPULATED:

Dated: July 9, 2014        /S/
                           Thomas A. Colthurst
                           Assistant United States Attorney

Dated: July 9, 2014        /S/
                           Sam J. Polverino, Esq.
                           Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. ALEX CHAVEZ*, scheduled for July 24, 2014, is continued to July 31, 2014, at 10:00 a.m.

DATED: _____

THE HONORABLE D. LOWELL JENSEN
Senior United States District Judge

STIPULATION AND [] ORDER
CONTINUING HEARING DATE